No. 17-3010

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| CHAMARRA EVANS, | ) | **FILED** |
| | ) | Mar 01, 2017 |
| Plaintiff-Appellant, | ) | DEBORAH S. HUNT, Clerk |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LIBERTY INSURANCE CORPORATION, | ) | |
| aka Liberty Mutual Insurance, | ) | |
| | ) | |
| Defendant-Appellee. | ) | 3:16cv1009 - JGC |

The plaintiff moves to reinstate this appeal, previously dismissed for failure of counsel to file case opening forms.  Counsel asserts filing difficulties and other problems.  The defendant opposes reinstatement.

The previous defaults having been cured, the motion to reinstate is GRANTED, and this appeal is restored to the active docket.  The briefing schedule previously set on February 1, 2017, remains in effect.  Under that schedule, the appellant's brief remains due on March 13, 2017, and the appellee brief remains due on April 12, 2017.  Any extensions to that schedule must be sought by a timely motion to extend.

                                             ENTERED PURSUANT TO RULE 45(a)
                                             RULES OF THE SIXTH CIRCUIT

                                             Deborah S. Hunt, Clerk